UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America,

                          Plaintiff,              17 MAG 2417 (MRG)

              - against-                    JUDGMENT

Robert M. Cawthon,

                        Defendant.
------------------------------------------------------------X

        The issues in the above entitled action having been brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court, on April 28, 2017 having accepted the defendant's plea of guilty to Harassment in the First Degree §240.25 of the New York Penal Law, in full satisfaction of the Misdemeanor Complaint filed on March 31, 2017, it is,

        ORDERED, ADJUDGED AND DECREED The Defendant is sentenced to pay a fine in the amount of $50.00 to be paid to the U.S. District Court in White Plains, New York by May 23, 2017 or else appear in the U.S. District Court, Poughkeepsie, New York on May 24, 2017 at 9:00 AM.

Dated:    April 28, 2017
            Poughkeepsie, NY

                                          SO ORDERED:

                                          _____
                                          Hon. Martin R. Goldberg
                                          United States Magistrate Judge